# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CHARLES ALLEN SHAW,<br>  Plaintiff,<br><br>v.<br><br>SONOCO PRODUCTS COMPANY,<br>  Defendant. | §<br>§<br>§ Civil Action No. 4:17-CV-00501<br>§ (Judge Mazzant/Judge Johnson)<br>§<br>§<br>§<br>§ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE AND TRANSFER ORDER

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 19, 2017, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that Defendant Sonoco Products Company's ("Defendant") Motion To Dismiss, or, Alternatively, to Transfer Venue (Dkt. 3) be granted in part and denied in part. The Court recommended Defendant's motion to dismiss be denied; however, the Court recommended Defendant's motion to transfer be granted, and thus, recommended the case be transferred to the Northern District of Texas, Dallas Division. (Dkt. #13).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that Defendant Sonoco Products Company's Motion To Dismiss, or, Alternatively, to Transfer Venue (Dkt. #3) is **DENIED** as to the Motion to

Dismiss and **GRANTED** as to the Motion to Transfer Venue. The Clerk is directed to transfer this case to the Northern District of Texas, Dallas Division, without delay.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 10th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE